UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

ERIK D CARVEY                                                    CASE NO. 10-12084
STACY CARVEY                                                    CHAPTER 7
        DEBTOR(S).

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

    Claim #8 of Jay Community Health Partners
    Account number:  6543
    Claimed amount:  $242.70
    Pro rata distribution:  $2.89

    Claim #10 of Allied Adjustment & Collections
    Account number:
    Claimed amount:  $135.06
    Pro rata distribution:  $1.61

**TOTAL AMOUNT OF ALL CLAIMS: $4.50**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  July 28, 2011          /s/ Mark A. Warsco
                                          Mark A. Warsco, Trustee
                                          P.O. Box 11647
                                          Fort Wayne, IN  46859-1647
                                          Telephone:  (260) 469-0256
                                          e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on July 28, 2011:

| | |
|---|---|
| GREGORY W. LEMASTER<br>gw-lemaster@earthlink.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| JAY COMMUNITY HEALTH PARTNERS &<br>PREFERRED EMERGENCY<br>P.O. BOX 23<br>HARTFORD CITY, IN 47348 | Allied Adjustment & Collection Co.<br>P.O. Box 1023<br>Muncie, IN 47308 |

                                          /s/  Mark A. Warsco
                                          Mark A. Warsco, Trustee